```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

-------------------------------- x
LESLIE ANDERSON,                 :
                                 :
          Plaintiff,             :
                                 :
v.                               :   Civil No. 3:16-cv-1186(AWT)
                                 :
BLUESTEM BRANDS, INC. d/b/a      :
FINGERHUT,                       :
                                 :
          Defendant.             :
-------------------------------- x
```

### ORDER MOVING CASE TO INACTIVE DOCKET

The plaintiff moved to stay this case pending the ruling in ACA International v. FCC, No. 15-1211 (D.C. Cir.) and the appeal of Reyes v. Lincoln Auto. Fin. Servs., 861 F.3d 51 (2d. Cir. 2017), as amended (Aug. 21, 2017). It does not appear that the decision in Reyes has been appealed because the mandate issued on October 27, 2017.

Based on the description of the issues in this case in the plaintiff's memorandum in support of the motion to stay (see Doc. No. 24), it is not apparent to the court how Reyes will not be dispositive with respect to this case. Also, if the rulings in Reyes and ACA International will not be conclusive with respect to all the issues in this case, the court's preference would be that the parties address and resolve any issues that may potentially remain now rather than waiting for the decision in ACA International. However, it appears that either there are

no such issues or the parties do not wish to address them at this time.

Accordingly, the Clerk is ordered to close this case **administratively only** so that it is on the court's inactive docket, with parties having the right to reopen it when they are ready to proceed. The parties shall notify the court when they are ready to proceed with this case by filing either (1) a stipulation of dismissal or (2) a proposed scheduling order.

It is so ordered.

Signed this 15th day of March 2018, at Hartford, Connecticut.

                                       /s/ Judge Alvin W. Thompson
                                            Alvin W. Thompson
                                      United States District Judge